CHAMBERS OF
JOHN T. NOONAN, JR.
UNITED STATES CIRCUIT JUDGE
(415) 355-8130

July 28, 2008

Judicial Conference of the United States
Committee on Financial Disclosure
Administrative Office of the United States
One Columbus Circle, N.E., Suite 2-301
Washington D.C. 20544

Re: Calendar Year 2007 Filing

Dear Committee Members:

Thank you for your letter dated July 21, 2008. Please refer to my responses to your requests for additional information below:

The asset listed on my 2007 report in Part VII, page 6, lines 37 and 45 "Fleet Mid Cap Value Fund (both entries)" is a mutual fund account. Please refer to my 2006 Financial Disclosure Report. The "Fleet Mid Cap Value Fund" is included in the total assets for Trust Number 1, Part VII, page 7, line 44 and the total assets for Trust Number 2 Part VII, page 8, line 54 of my 2006 report.

The "Fleet Mid Cap Value Fund (both entries)" were originally purchased in 2002 and the purchasers are listed on my 2002 Financial Disclosure Report in Part VII, page 6, line 99 and page 7, line 112.

Sincerely yours,

United States Circuit Judge

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Noonan, Jr., John T | U.S. Court of Appeals, 9th | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge, Senior | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Off  Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals<br>95 Seventh Street<br>San Francisco, CA 94103 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President and Director | Thomas More-Jacques Maritain Institute (non-profit cultural organization) |
| 2. Member | Advisory Council, Transparency International |
| 3. Member | Editorial Board, American Journal of Jurisprudence |
| 4. Member | President's Council, Graduate Theological School |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 07/01/86 | University of California pension based on service |
| 2. | |
| 3. | |

2008 MAY 19 A 9: 52
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Pension: University of California | $ 40,888.95 |
| 2. 2007 | Pension: United States Social Security | $ 22,906.80 |
| 3. 2007 | Royalty-University of Notre Dame | $ 1561.85 |
| 4. 2007 | Royalty-West Group Foundation Press | $ 2,242.60 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Executor Fee |
| 2. 2007 | Pension : United States Social Security |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Notre Dame | 3/20/2007 - 4/1/2007 | Notre Dame, Indiana | Lecture | Airfare |
| 2. | University of Michigan Law School | 4/13/2007 - 4/14/2007 | Ann Arbor, Michigan | Lecture | Airfare, Taxis, Tips |
| 3. | Emory University | 10/24/2007 - 10/26/2007 | Atlanta, Georgia | Lectures | Airfare, Taxis, Parking, Bridge Toll, Tips |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" a ter each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Coca Cola Common | B | Dividend | K | T | | | | | |
| 19. -Eli Lilly Corporation | B | Dividend | L | T | | | | | |
| 20. -IBM Common | A | Dividend | L | T | | | | | |
| 21. -Fortune Brands | A | Dividend | K | T | | | | | |
| 22. -Monsanto | A | Dividend | L | T | | | | | |
| 23. -Pfizer | B | Dividend | K | T | | | | | |
| 24. -GNMA Pass Through Pools | A | Interest | J | T | | | | | |
| 25. -Calvert Social Investment Fund | B | Interest | K | T | Buy | 12/7 | J | | |
| 26. -Olstein All Cap Value Fund (formerlty Financial Alert Fund) | E | Interest | M | T | Buy | 12/11 | J | | |
| 27. -Bear Stearns Tempfund | D | Interest | J | T | Buy | 02/01 | J | | |
| 28. -Bear Stearns Tempfund | | | | | Buy | 05/01 | J | | |
| 29. -Bear Stearns Tempfund | | | | | Buy | 06/05 | J | | |
| 30. -Bear Stearns Tempfund | | | | | Buy | 08/01 | J | | |
| 31. -California State Corpus Prams | | None | L | T | | | | | |
| 32. -Ca State University Revenue Bond | B | Interest | K | T | | | | | |
| 33. -North of the River Sanitary District Bond | B | Interest | K | T | | | | | |
| 34. Trust Number 1 (No personal income) | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fleet Large Cap Value Fund | | | | | Sell | 07/05 | J | A | |
| 36. -Fleet Large Cap Growth Fund | | | | | Sell | 07/05 | J | A | |
| 37. -Fleet Mid Cap Value Fund | | | | | Sell | 07/05 | J | A | |
| 38. -Fleet MA Intermediate Term Tax Exempt Bond Fund | | | | | Sell | 12/05 | M | A | |
| 39. -Tax Exempt Fund | | | | | Buy | 12/05 | M | | |
| 40. Trust Number 2 (No personal income) | D | Dividend | N | T | | | | | |
| 41. -Fleet Large Cap Growth Fund | | | | | Sell | 1/04 | J | A | |
| 42. -Fleet International Equity Fund | | | | | Sell | 04/04 | J | A | |
| 43. -Fleet MA Intermediate Tax Exempt Bond Fund | | | | | Buy | 04/04 | J | | |
| 44. -Fleet Mid Cap Growth Fund | | | | | Sell | 04/04 | J | A | |
| 45. -Fleet Mid Cap Value Fund | | | | | Sell | 04/04 | J | A | |
| 46. -Fleet Large Cap Growth Fund | | | | | Sell | 07/05 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Two trusts referred to in this report are as follow:

1. ████████ Trust: The ████████ Trust was created by ████████ on December 15, 1976. It became irrevocable on her death in 1990 and divided into three shares. The trustee has discretion to pay the income and principal of my share to me, ████████

2. ████████ 1976 Trust: The ████████ 1976 Trust was formed by ████████ in 1976 and became irrevocable on his death in 1987. On his death the property was divided into equal shares for ████████. The trustee has discretion to pay some or all of the net income or principal of my share to me, ████████. The trust terminates on the death of me ████████, the remainder going to ████████.

3. The income of both trusts was paid by the trustee in 2007 to ████████. At the request of the Committee on Financial Disclosure, I have summarized the reports I have received.

In April 2000, Fleet Bank acquired the Bank of Boston and became the trustee of the above trusts. The trusts were also subdivided into distinct trusts for each of the ████████ of the grantors, so that there is now a distinct trust for me ████████ under the same trust instruments. Report is not made here of the sales of odd lots (████████) made to make it easier to divide the trusts into thirds. The money market fund, Galaxy, was arranged by Fleet to take over the functions performed by the money market Boston 1784 funds; investments in these money market funds are noted on an annual basis.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544